IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-60-D

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIONEL MARK YOW, | ) | |
| LIONEL LEON YOW, and | ) | |
| JENNIFER Y. LEECH, | ) | |
| | ) | |
| Defendants. | ) | |

On January 6, 2012, the parties filed a joint motion of the plaintiff Wells Fargo Bank, N.A. ("plaintiff") and defendants Lionel Mark Yow, Lionel Leon Yow, and Jennifer Y. Leech ("defendants") asking that the court stay this proceeding pending approval of a settlement agreement and to amend or delay all deadlines or requirements of the scheduling order pending the anticipated dismissal of this proceeding. Based upon the joint request and representations of counsel as set forth in the motion, the motion [D.E. 37] is GRANTED as follows: all matters in this action are hereby stayed and all deadlines eliminated or held in abeyance pending the conclusion of the settlement approval proceedings in the Bankruptcy Court and the anticipated dismissal with prejudice of this proceeding; PROVIDED THAT IN THE EVENT THAT the settlement is not approved and this case is consequently not dismissed, counsel for the parties are ordered to promptly file a new proposed discovery plan and proposed scheduling order with the court no later than the date 14 days after the settlement is disapproved by the Bankruptcy Court or February 28, 2012, whichever date last occurs. The parties are further directed to report to the court if an objection to

the settlement is timely filed in Mr. Yow's Chapter 11 case and the hearing date for resolving such objection. The other pending motions [D.E. 18, 20] are DENIED without prejudice.

SO ORDERED. This _6_ day of January 2012.

JAMES C. DEVER III
Chief United States District Judge